**4/16/2015**
**CARMON, CASEY DEMON    Tr. Ct. No. 1243459**

**COA No. 01-12-01124-CR**
**PD-0118-15**

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

> 1ST COURT OF APPEALS  CLERK
> CHRISTOPHER A. PRINE
> 301 FANNIN
> HOUSTON, TX  77002-7006
> * DELIVERED VIA E-MAIL *